# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **DONALD KEITH RUNNELS** | **DOCKET NO. 3:17-CV-1504** |
| | **SECTION "P"** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHN B. EDWARDS, ET AL** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Petitioner's § 2254 petition should be **DENIED AND DISMISSED WITHOUT PREJUDICE** for failing to exhaust state court remedies.

**MONROE, LOUISIANA,** this 16th day of February, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE